UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X.M., et al.,

                Plaintiffs,

- *against* -

UNITED STATES, et al.,

                Defendants.

18CV4891 (NSR)(LMS)

**ORDER**

**LISA MARGARET SMITH, U.S.M.J.**

On November 15, 2019, the Court granted Plaintiffs' letter motion for an extension of time in which to file an Infant Compromise Order, extending the deadline to November 18, 2019. Docket # 50. To date, neither an Infant Compromise Order nor a request for a further extension of time has been filed. Accordingly, the Court hereby orders that Plaintiffs shall have until no later than **December 9, 2019**, to file either an Infant Compromise Order or a request for a further extension of time, or else the case shall be deemed reopened; the discovery stay shall be lifted; and the case shall proceed as if no settlement had been reached.

Dated: December 2, 2019
      White Plains, New York

                                      SO ORDERED,

                                      Lisa Margaret Smith
                                      United States Magistrate Judge
                                      Southern District of New York